Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:        mark@markmerin.com
               paul@markmerin.com

Attorneys for Plaintiffs
ISACC MALDONADO, NICOLE MALDONADO, JOHN WHEELER, KATHERINE WHEELER, and D.M.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ISACC MALDONADO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLACER, et al.,<br><br>Defendants. | No. 2:17-cv-02384-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFF D.M.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN <u>AD</u> <u>LITEM</u>** |

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court hereby GRANTS Plaintiff D.M.'s *ex parte* motion for appointment of guardian <u>ad</u> <u>litem</u>. The Court finds that the appointment of Nicole Maldonado, Plaintiff D.M.'s mother, as guardian <u>ad</u> <u>litem</u> on behalf of Plaintiff D.M. for purposes of this action, is appropriate and in the best interest of Plaintiff D.M. Therefore, Nicole Maldonado is hereby appointed as guardian <u>ad</u> <u>litem</u> for Plaintiff D.M. for the purposes of this action.

IT IS SO ORDERED.

Dated: 1/18/2018

_____
Troy L. Nunley
United States District Judge

1